

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 CHURCH STREET
NEW YORK, NY 10007

**MICHAEL A. CARDOZO**
*Corporation Counsel*

**KATHERINE MACFARLANE**
phone: (212) 788-1001
fax: (212) 788-9776
email: kmacfarl@law.nyc.gov

January 23, 2012

**By ECF**
Honorable Roslynn R. Mauskopf
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Melissa Willis v. The City of New York, et al.</u>, 1:11-cv-2043-RRM-RER

Your Honor:

      I am an Assistant Corporation Counsel in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, representing defendants in this action. I write with plaintiff's consent to report that the parties have reached a settlement in principle. Accordingly, once the requisite documents are fully executed, a Stipulation and Order of Settlement and Discontinuance will be submitted for Your Honor's endorsement.

      Thank you for your Honor's consideration of this letter.

Respectfully submitted,

/s/

Katherine Macfarlane

cc:    Andrew C. Laufer                <u>By ECF</u>
      *Attorney for Plaintiff*